In the Matter of ROY MOON, Appellant, against FLOYD F. JONES, as Clerk of Greene County, Respondent.

Argued November 27, 1939; decided December 28, 1939.

*Seth T. Cole, Martin Saxe, Frank Hancock Hennessy, Roger H. Anderson* and *Lloyd D. Keigwin* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *Jack Goodman* of counsel), for respondent.

Order affirmed, without costs, on authority of *Franklin Society* v. *Bennett* (282 N. Y. 79). No opinion.

Concur: CRANE, Ch. J., LEHMAN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and RIPPEY, JJ. Taking no part: O'BRIEN, J.